**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: 415-291-2420
Email: amccall@zlk.com

*Attorneys for Lead Plaintiff William Manghisi*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KHEDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ARADIGM CORPORATION, IGOR GONDA and NANCY E. PECOTA,<br><br>Defendants. | Case No.: 3:18-cv-00261-VC<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL UNDER FRCP 41** |

| | |
|---|---|
| 1 | Lead Plaintiff William Manghisi ("Plaintiff") and defendants Aradigm Corporation, Igor |
| 2 | Gonda and Nancy E. Pecota (collectively, "Defendants"), and hereby stipulate as follows: |
| 3 | WHEREAS, this action was filed on January 11, 2018; |
| 4 | WHEREAS, pursuant to the Private Securities Litigation Reform Act, Plaintiff was |
| 5 | appointed as Lead Plaintiff, and Levi & Korsinsky LLP was appointed as Lead Plaintiff's |
| 6 | Counsel, on April 6, 2018 (Dkt. No. 27); |
| 7 | WHEREAS, this Court entered a scheduling order requiring Plaintiff to file an amended |
| 8 | complaint by May 9, 2018 (Dkt. No. 30); |
| 9 | WHEREAS, Plaintiff wishes to dismiss this action pursuant to the terms of this |
| 10 | Stipulation; |
| 11 | WHEREAS, no class has been certified in this action, no compensation or consideration |
| 12 | has been or will be paid to Plaintiff, and no agreements or promises have been made other than |
| 13 | what is expressly reflected in this Stipulation; |
| 14 | THEREFORE, the parties hereby stipulate and respectfully request that: |
| 15 | 1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly |
| 16 | stipulate to the voluntary dismissal of the Action; |
| 17 | 2. The Action shall be dismissed with prejudice as to Plaintiff; |
| 18 | 3. The Action shall be dismissed without prejudice as to all other putative class |
| 19 | members; |
| 20 | 4. Because the dismissal is with prejudice as to Plaintiff only, and not as to any |
| 21 | members of the putative class, notice of this dismissal is not required; and |
| 22 | 5. Each Party shall be responsible for his, her or its own costs or fees associated with |

the Action.

Dated: May 9, 2018　　　　　　　　　　　LEVI & KORSINSKY, LLP

　　　　　　　　　　　　　　　　　　　　By: s/Adam C. McCall
　　　　　　　　　　　　　　　　　　　　　　　Adam C. McCall

　　　　　　　　　　　　　　　　　　　　Attorneys for Lead Plaintiff
　　　　　　　　　　　　　　　　　　　　William Manghisi

Dated: May 9, 2018　　　　　　　　　　　FENWICK & WEST LLP

　　　　　　　　　　　　　　　　　　　　By: s/Kevin Muck
　　　　　　　　　　　　　　　　　　　　　　　Kevin Muck

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Aradigm Corporation,
　　　　　　　　　　　　　　　　　　　　Igor Gonda and Nancy E. Pecota

　　　　　　　　　　　　　　　　*　　*　　*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this stipulation.

Dated: May 9, 2018

　　　　　　　　　　　　　　　　　　　　s/Adam C. McCall
　　　　　　　　　　　　　　　　　　　　Adam C. McCall

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 11, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Vince Chhabria
　　　　　　　　　　　　　　　　　　　　United States District Judge